| From: | Eric Johnson Eric@trademarkhomestx.com |
|---|---|
| Subject: | Fwd: McWhorter Invoice |
| Date: | June 21, 2016 at 8:45 AM |
| To: | Lonnie Mills lonnie.mills.esq@gmail.com, Bryan Terhune Bryan@tjdavislawfirm.com |

---------- Forwarded message ----------
From: "**Don Merchant**" <don@dctexashomes.com>
Date: Tue, Jun 21, 2016 at 8:43 AM -0500
Subject: McWhorter Invoice
To: "Eric Johnson" <Eric@trademarkhomestx.com>

Cody asked me to send this invoice to you.  Thanks.

## Don Merchant
*Owner*

## DC Texas Construction, LLC
115 Park Place Blvd, Suite 500
Waxahachie, Texas 75165
C – 469-337-5777
**dctexashomes.com**



DC Texas Construction, LLC
115 Park Place Blvd, Suite 500
Waxahachie, TX  75165
(972)351-4558
info@dctexashomes.com
dctexashomes.com



# INVOICE

**BILL TO**
Cash McWhorter

INVOICE # 1091
DATE 10/13/2015
DUE DATE 10/13/2015
TERMS Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Plan Design<br>1 Plan Set including: Floor Plan; Front, Rear, Right and Left Elevations; Electrical Plan, Site Plan | 6,258 | 0.35 | 2,190.30 |
| Copies | 30 | 3.00 | 90.00 |



Additional Copies, priced per page

| | | |
|---|---|---|
| Thanks for your payment! | PAYMENT | 2,280.30 |
| | BALANCE DUE | **$0.00** |

PAID